No. 3645.—EL PUEBLO, aplte., v. GONZÁLEZ ET AL., apldos. —C. D. Arecibo. Nov. 14, 1928. Por cuanto en este caso la Corte de Distrito de Arecibo dictó una resolución con respecto a una excepción a la denuncia, declarando con lugar la excepción y ordenando el archivo y sobreseimiento de la denuncia. Por cuanto la denuncia a que se hace referencia fué la presentada originalmente ante la Corte Municipal de Utuado por el Jefe de Policía Insular; y de ella conoció la Corte de Distrito de Arecibo; Por cuanto de la resolución de la Corte de Distrito de Arecibo antes citada apeló el fiscal, en una moción a su nombre en la que se lee: "El fiscal les notifica a Udes. que no estando conforme con la resolución de la corte dictada en el día de hoy . . . . apela de dicha resolución. . . ." Por cuanto la apelación ha debido solicitarse en nombre de El Pueblo de Puerto Rico, que es parte en el caso, y no en el del fiscal; y vista la jurisprudencia de este tribunal en el caso Ex parte Gotay, 37 D.P.R. 472: Se declara con lugar la moción del apelado, y se desestima la apelación.